IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| COREY WOODSON | § | |
| v. | § | CIVIL ACTION NO. 9:11cv44 |
| NACOGDOCHES COUNTY, TEXAS, *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of pending motions has been presented for consideration. The Report and Recommendation recommends that the Motion to Dismiss (document #6) and Motion to Abate Based on Plaintiff's Failure to Comply With Presentment Statute (document #7) be denied as moot. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss (document #6) and Motion to Abate Based on Plaintiff's Failure to Comply With Presentment Statute (document #7) are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **11** day of **August, 2011.**

_____
Ron Clark, United States District Judge