IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| COREY WOODSON | § | |
| v. | § | CIVIL ACTION NO. 9:11CV44 |
| NACOGDOCHES COUNTY, TEXAS, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #37) recommends that the Motion for Voluntary Dismissal (document #36) be granted and that the above-styled lawsuit be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Voluntary Dismissal (document #36) is **GRANTED** and the above-styled lawsuit is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **28** day of **March, 2012.**

_____
Ron Clark, United States District Judge